IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CRAIG ALAN SWINNEY,

    Petitioner,

v.

BRAD CAIN,

    Respondent.

Case No. 2:20-cv-00736-CL

JUDGMENT

MCSHANE, Judge:

Based on the record, the Petition for Writ of Habeas Corpus (ECF No. 2) is DENIED. A Certificate of Appealability is DENIED because Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000). This case is dismissed with prejudice.

IT IS SO ORDERED.

    DATED this 16th day of November, 2022.

    /s/ Michael J. McShane
    Michael McShane
    United States District Judge

1 – JUDGMENT